IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JACKIE RAY FULLER, #666101 | § | |
| VS. | § | CIVIL ACTION NO. 9:05cv123 |
| DAVID STACKS, ET AL. | § | |

### FINAL JUDGMENT

The Court having considered the plaintiff's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that the plaintiff take nothing by his suit and that the same is **DISMISSED** without prejudice.

**SIGNED** this the 25 day of **August, 2005.**

_____
Thad Heartfield
United States District Judge